## Lillian C. Meyers, Appellee, v. City of Belleville, Illinois, Appellant.

Heard in this court at October term, 1939; opinion filed June 14, 1940. L. N. Nick Perrin, Jr., for appellant; Louis Beasley and Edw. C. Zulley, for appellee. Opinion by JUSTICE CULBERTSON. ''Not to be published in full.''